FILED
U.S. DISTRICT COURT
SOUTHERN DIVISION

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA** 2012 MAR 15  PM 12: 11

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Clarence R Hunt       ,)
)
Plaintiff,       )
)
vs.       )       Cause No.
)
American Signature INC       )
)       **1: 12-cv-0335 SEB -DML.**
Defendant.       )
)

## EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against defendant American Signiture for Inc.
discrimination as set forth below.

Plaintiff X DOES ____ DOES NOT (indicate which) demand a jury trial.

### I. PARTIES

Plaintiff's Name, Address, and
Phone Number:

Clarence R Hunt
8389 Chapel Pines Dr.
Indianapolis IN   46234
317-353-4855

Defendant's Name and Address:

American Signature INC
4300 E. 5th Ave.
Columbus OH 43219

### II. JURISDICTION

1.    This complaint is brought pursuant to:

_____    Title VII of the Civil Rights Act of 1964, as amended, and jurisdiction is based
on 42 U.S.C. §2000e-5 and 28 U.S.C. §1331;

_____    The Age Discrimination in Employment Act (29 U.S.C. § 621), and
jurisdiction is based on 28 U.S.C. § 1331;

\_\_\\\_\_ The Americans with Disabilities Act (42 U.S.C. § 12101), and jurisdiction is based on 28 U.S.C. § 1331;

_____ The Rehabilitation Act (29 U.S.C. § 701, *et seq.*), and jurisdiction is based on 28 U.S.C. § 1331;

_____ Equal rights under law (42 U.S.C. § 1981), and jurisdiction is based on 28 U.S.C. § 1331;

\_\_\_\\\_\_ Other (list): __FMLA__

2.      Plaintiff \_\_\\\_ DID \_\_\_\_ DID NOT (indicate which) timely file a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission.  [**Attach a copy of charge to this complaint**].

3.      Plaintiff's Right to Sue Notice from the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission was **received** on or about _Dec. 18th_ (insert date). [**Attach a copy of Notice of Right to Sue to this complaint**].

## III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because:

Defendent Violated FMLA + ADA by not Allowing me to Return to work w/ Light Restrictions. Also No Accomodating Doctors Restrictions

## IV. FACTS IN SUPPORT OF COMPLAINT

See Attached.

## V. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief:

Monetary damages, Health Insurance,

_____

_____

_____

_____

_____

(Use additional sheets if necessary.)

## VI.  SIGNATURE

Signed this  15  day of  March  , 20 11.

_____
(Signature of Plaintiff)