Acknowledged.
Date: 10/16/2012

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CLARENCE HUNT ) | Civ. No. 1:12-CV-0335 SEB-DML |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| AMERICAN SIGNATURE, INC. ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties stipulate that this action is dismissed with prejudice, with the parties bearing their own costs and fees.

Dated: 10-12-12

*Clarence Hunt*
Clarence R. Hunt
8389 Chapel Pines Dr.
Indianapolis, IN 46234

Plaintiff (*pro se*)

/s/ Amy S. Wilson
Amy S. Wilson
FROST BROWN TODD LLC
201 N. Illinois Street, Ste. 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
(317) 237-3800
(317) 237-3900 (fax)
awilson@fbtlaw.com

Attorneys for Defendant American Signature, Inc.

Copies to:

Electronically registered counsel of record

Clarence R. Hunt
8389 Chapel Pines Dr.
Indianapolis, IN 46234